*In re* ESTATE OF LAUREL MORELLI, Incompetent.—(LOWELL B. KOMIE, Conservator, Plaintiff-Appellant, *v.* TED MORELLI, a/k/a RENO MORELLI, Defendant-Appellee.)

(No. 73-314; ▮▮▮▮▮▮▮▮▮)

Second District (2nd Division)—May 6, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

William Levinson, of Chicago, for appellant.

No appearance for appellee.